UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-HC-2167-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|           Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD DWAYNE FLOYD, | ) | |
|           Respondent. | ) | |
| | ) | |

This matter is before the court on the 25 September 2014 motion of the government to modify the terms of respondent's conditional release to add a condition of release. (DE # 44.) The request is accompanied by evidence of respondent's consent to the additional condition, and waiver of a hearing and assistance of counsel. The motion is hereby GRANTED, and the 13 February 2013 conditional release order (DE # 42) is hereby amended to include the following additional condition to the existing language of Condition No. 2:

> The respondent shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The respondent shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The respondent shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

This 29 September 2014.

_____
W. Earl Britt
Senior U.S. District Judge